UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANTONIO BRAZILE LIFER, ) | Case No. CV 10-2592-DOC(AJW) |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | JUDGMENT |
| ) | |
| JOHN F. SALAZAR, ) | |
| ) | |
| Respondent. ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: September 27, 2010

*/s/ David O. Carter*
David O. Carter
United States District Judge